IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOBBI J. REDNOUR, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of Social Security )<br>)<br>    Defendant. )<br>) | Case No. 03-cv-731-GPM |

**ORDER AND RECOMMENDATION**

This case is referred to United States Magistrate Donald G. Wilkerson by the Honorable Chief Judge G. Patrick Murphy pursuant to 28 U.S.C. § 636 (b)(1)(B), Federal Rule of Civil Procedure 72(b) and Local Rule 72.1(a) for a Report and Recommendation on the Motion to Remand filed by the defendant, Jo Anne B. Barnhart, Commissioner of Social Security, on November 15, 2004 (Doc. 10). For the reasons set forth below, it is **RECOMMENDED** that the November 15, 2004 Motion to Remand be **GRANTED** and that the Court adopt the following findings of fact and conclusions of law:

Findings of Fact

1. On November 16, 2003 the plaintiff filed the civil action in the above-styled cause. (Doc. 1).

2. The defendant was not served until September 14, 2004. (Doc. 7).

3. The defendant filed this motion for remand on November 15, 2004 (Doc. 10).

4. Approximately ten (10) months passed between the filing of the lawsuit and service of the summons on the defendant.

5. The service of the summons on the defendant occurred more than a year after the Appeals Council notified plaintiff that it was denying her request for review of the Administrative Law

Judge's decision.  (Doc. 1, paragraph 3).

6.  As over a year had passed between the time the Appeals Council sent a denial notice  to the plaintiff, and the time defendant was served, the defendant sent the files associated with plaintiff's disability application to archives.  Defendant believed that plaintiff was not pursuing the matter.

7.  Upon receipt of the summons, defendant began its attempt to locate and retrieve all files associated with plaintiff's disability application.   Additionally, defendant filed a Motion to Remand (Doc. 10) with the Court.

## Conclusions of Law

Sentence six of Section 205(g) of the Social Security Act,  as codified in 42 U.S.C. § 405(g), states in pertinent part:

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security . . .upon a showing . . . that there is good cause for the failure to incorporate such evidence in the record   . . .

The defendant states that it has not located all of the plaintiff's files that would be relevant to the case.  The defendant needs to  gather all the files in order to have a complete transcript  prepared and filed with the court, which will be necessary for proper judicial review under Section 205 of the Social Security Act.

For the reasons set forth above, it is the **RECOMMENDATION** of this Court that the Motion for Remand filed by the defendant, Jo Anne B. Barnhart, Commissioner of Social Security on November 15, 2004 (Doc. 10)  be **GRANTED**, and that the District Court adopt the foregoing findings of fact and conclusions of law.

Pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 73.1, the parties shall have ten (10) days after the issuance of this Recommendation to file written objections thereto. The failure to file a timely objection may result in the waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals. <u>Snyder v. Nolan</u>, 380 F.3d 279, 284 (7th Cir. 2004); <u>United States v. Hernandez-Rivas</u>, 348 F. 3d 595, 598 (7th Cir. 2003).

**DATED: March 14, 2005.**

        **/s/ Donald G. Wilkerson**
        **DONALD G. WILKERSON**
        **United States Magistrate Judge**